UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GARY W. RODRIGUES, et. al., ) <br> ) <br> Defendants. ) <br> _____ ) | No. CR 01-00078 DAE <br><br> **STIPULATION PERMITTING** <br> **TRAVEL OUTSIDE DISTRICT;** <br> **ORDER** |

IT IS HEREBY STIPULATED by and between the parties, Assistant United States Attorneys Steven L. Lane and Florence T. Nakakuni, and Julie Wall, Pretrial Services Officer, for plaintiff, United States of America, and attorney Doron Weinberg, attorney for defendant Gary W. Rodrigues, that Gary W. Rodrigues be permitted to travel for the purpose of a family vacation, from the District of Hawaii to Bend, Oregon (District of Oregon) from July 31 through August 30, 2006, returning to the District of Hawaii on August 30, 2006. While in Oregon, Mr. Rodrigues will be staying at 18045 Skyliners Road, Bend, OR. Mr. Rodrigues' cell number, where he can be reached is (808) 348-0200.

Dated: July 19, 2006          By:  /s/ Florence Nakakuni
                                   FLORENCE T. NAKAKUNI
                                   Assistant United States Attorney
                                   PJKK Federal Building & Courthouse
                                   300 Ala Moana Blvd., Room 6-100
                                   Honolulu, HI   96850-4978

Dated:  July 18, 2006              /s/ Doron Weinberg
                                                    DORON WEINBERG (CA SBN 046131)
                                                    WEINBERG & WILDER
                                                    523 Octavia Street
                                                    San Francisco, CA 94102
                                                    Telephone:   (415)  431-3472
                                                    Facsimile:    (415)  552-2703
                                                    Attorneys for Defendant
                                                    GARY W. RODRIGUES

Dated: July 19, 2006               /s/ Julie Wall
                                                    JULIE WALL, Pretrial Services Officer
                                                    UNITED STATES PRETRIAL SERVICES

**IT IS SO ORDERED:**

Dated: July 20, 2006



                                                    David Alan Ezra
                                                    United States District Judge

Case 1:01-cr-00078-DAE     Document 315     Filed 07/21/2006     Page 2 of 2

Stipulation Permitting Travel Outside District;
Order (USA v. Gary W. Rodrigues, et. al.)
Case No. CR No. 01-00078           2