ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 22 2006

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

PAUL J. CUNNEY
A Law Corporation
220 South King Street, Suite 2290
Honolulu, Hawaii 96813
Telephone No. 523-0077

PAUL J. CUNNEY, #3145
VICTOR J. BAKKE, #5749

Attorneys for Defendant
ROBIN HAUNANI RODRIGUES SABATINI

LODGED

NOV 20 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>ROBIN HAUNANI<br>RODRIGUES SABATINI,<br><br>Defendant. | CR. NO. 01-00078DAE-02<br><br><br><br><br><br><br><br><br>**STIPULATION TO MODIFY TERMS<br>AND CONDITIONS OF RELEASE** |

**STIPULATION TO
MODIFY TERMS AND CONDITIONS OF RELEASE**

COMES NOW, Defendant ROBIN HAUNANI RODRIGUES SABATINI, by and through her attorneys and the undersigned parties hereby stipulate that ROBIN HAUNANI RODRIGUES SABATINI is allowed to travel from Hawaii to San Francisco from December 7, 2006 till December 13, 2006.

That Ms. Rodrigues Sabatini has been placed on Supervised Release as ordered by the Honorable Chief Judge David Alan Ezra on December 9, 2003. Defendant ROBIN HAUNANI RODRIGUES SABATINI, respectfully requests that she be allowed to travel to San Francisco and stay Grand Hyatt San Francisco located at 345 Stockton St., San Francisco, California, with her husband.

Also ROBIN HAUNANI RODRIGUES SABATINI will be required to provide Pretrial Services with her travel information prior to departing. Which she has already provided Pretrial Services with her travel arrangements in a letter dated November 12, 2006.

DATED: Honolulu, Hawaii, _____NOV 21 2006_____.

_____
VICTOR J. BAKKE
Attorney for Defendant
ROBIN HAUNANI RODRIGUES SABATINI

APPROVED AS TO FORM AND CONTENT:

_____
HONORABLE JUDGE
Judge of the Above-Entitled Court

_____
FLORENCE NAKAKUNI
Assistant U.S. Attorney

_____
JULIE WALL
U.S. Pretrial Services Office

---

**U.S.A. vs. ROBIN HAUNANI RODRIGUES SABATINI**; CR. NO. 01-00078DAE-02;
Amended Stipulation to Modify Terms and Conditions of Release; Order