UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 01-00078 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GARY WAYNE RODRIGUES, (01) | ) | |
| ROBIN HAUNANI RODRIGUES | ) | |
| SABATINI, (02) | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER DENYING AS MOOT DEFENDANTS'
MOTION TO VACATE HEARING

Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for disposition without a hearing. On August 31, 2007, Defendants filed a Motion to Vacate Hearing requesting that this Court to vacate the hearing to set the mittimus date which was scheduled for September 7, 2007. On September 4, 2007, this

Court vacated the September 7, 2007 hearing date until further notice. Therefore, this Court DENIES AS MOOT Defendants' Motion to Vacate Hearing.

    IT IS SO ORDERED.

    DATED: Honolulu, Hawaii, September 7, 2007.



_____
David Alan Ezra
United States District Judge

United States of America vs. Gary W. Rodrigues, et al., Cr. No. 01-00078 DAE; ORDER DENYING AS MOOT DEFENDANTS' MOTION TO VACATE HEARING