**FILED**

SEP 2 4 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>GARY WAYNE RODRIGUES,<br><br>Defendant - Appellant. | No. 03-10549<br><br>D.C. No. CR-01-00078-DAE<br>District of Hawaii,<br>Honolulu<br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>ROBIN HAUNANI RODRIGUES SABATINI,<br><br>Defendant - Appellant. | No. 04-10027<br><br>D.C. No. CR-01-00078-DAE<br>District of Hawaii,<br>Honolulu |

RECEIVED
CLERK U.S. DISTRICT COURT
SEP 26 2007
DISTRICT OF HAWAII

Before: PREGERSON, KLEINFELD, and W. FLETCHER, Circuit Judges.

The motion to stay the mandate is DENIED.