UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>GARY WAYNE RODRIGUES,<br><br>Defendant - Appellant. | No. 03-10549<br>D.C. No. CR-01-00078-DAE<br><br><br>**JUDGMENT** |
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>ROBIN HAUNANI RODRIGUES SABATINI,<br><br>Defendant - Appellant. | No. 04-10027<br>D.C. No. CR-01-00078-DAE<br><br><br>**JUDGMENT** |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 27 2007
at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

SEP 25 2007

by: _____
Deputy Clerk

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED in part and REMANDED in part.**

Filed and entered 06/11/07