


Cathy A. Catterson
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

(415) 355-8000

September 25, 2007

USDC, Hawaii
District of Hawaii (Honolulu)
United States Courthouse
Honolulu, HI 96850

RECEIVED
CLERK U.S. DISTRICT COURT
SEP 27 2007
DISTRICT OF HAWAII

| No. | Title | Agency/D.C. No. |
|---|---|---|
| 03-10549 | USA v. Rodrigues | CR-01-00078-DAE |
| 04-10027 | USA v. Sabatini | CR-01-00078-DAE |

Dear Clerk:

The following document in the above listed causes are being sent to you under cover of this letter.

- *Certified copy of the Decree of the Court*

The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court

By: David Vignol
Deputy Clerk

Enclosure(s)
cc: All Counsel

```
                                                      MOATT INVATT
                                                                 i

INTERNAL USE ONLY: Proceedings include all events.
03-10549 USA v. Rodrigues

UNITED STATES OF AMERICA          Steven L. Lane, Esq.
     Plaintiff - Appellee         FAX 202/305-2202
                                  202/514-3740
                                  Ste. 6206
                                  [COR LD NTC gov]
                                  Steven L. Lane, Esq.
                                  (See above)
                                  [LD NTC gov]
                                  DOJ - U.S. DEPARTMENT OF
                                  JUSTICE
                                  Civil Division/Appellate Staff
                                  950 Pennsylvania Ave., NW
                                  Washington, DC 20530

     v.

GARY WAYNE RODRIGUES              Doron Weinberg, Esq.
     Defendant - Appellant        FAX 415/552-2703
                                  415/431-3472
                                  [COR LD NTC ret]
                                  WEINBERG & WILDER
                                  523 Octavia Street
                                  San Francisco, CA 94102
```

MOATT INVATT
i

INTERNAL USE ONLY: Proceedings include all events.
04-10027 USA v. Sabatini

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Florence T. Nakakuni, Esq.<br>808-541-2850<br>Suite 6100<br>[COR LD NTC aus]<br>Prince Kuhio Federal Building<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br><br>Steven L. Lane, Esq.<br>FAX 202/305-2202<br>202/514-3740<br>Ste. 6206<br>[LD NTC gov]<br>DOJ - U.S. DEPARTMENT OF JUSTICE<br>Civil Division/Appellate Staff<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530 |
| v. | |
| ROBIN HAUNANI RODRIGUES SABATINI<br>    Defendant - Appellant | Dennis P. Riordan, Esq.<br>FAX 415/552-2703<br>415/431-3472<br>[COR LD NTC ret]<br>RIORDAN & HORGAN<br>523 Octavia St.<br>San Francisco, CA 94102 |