DORON WEINBERG (CA SBN 46131)
WEINBERG & WILDER
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Specially appearing for
ROBIN SABATINI

DENNIS P. RIORDAN (CA SBN 69320)
DONALD M. HORGAN (CA SBN 121547)
RIORDAN & HORGAN
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472

Attorneys for Defendant
ROBIN SABATINI

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR: 01-00078 DAE |
| Plaintiff, | ) |
| -vs.- | ) **EXHIBITS TO** |
| | ) **DEFENDANT SABATINI'S** |
| | ) **STATEMENT IN SUPPORT OF** |
| | ) **RESENTENCING** |
| GARY W. RODRIGUES and | ) |
| ROBIN HAUNANI RODRIGUES SABATINI, | ) |
| Defendants. | ) |

Exhibits

## TOWER DESIGN GROUP
677 Ala Moana Blvd. Suite 308, Honolulu, HI 96813
Ph (808) 538-0567   Fax (808) 538-0579
E-Mail: Towerengr@aol.com

October 10, 2007

The Honorable Judge David Ezra
Federal Courthouse
Honolulu, Hawaii

Reference:  Ms. Robin H.R. Sabatini

Your Honor:

I am a businessperson, property owner, employer, voter and disabled veteran citizen. I respectfully submit this letter to you for your consideration concerning Ms. Robin Sabatini.

Ms. Sabatini is the Chief Financial Officer, Vice President and key staff person for my firm here in Hawaii and additionally serves as my personal advisor and overseer for two (2) other small firms I own on the mainland and one other I am developing in Hawaii also. Needless to say she has full signing authority for myself and all financial transactions that originate within my business involvements including full access to all funds and transactions – personal and business related.

I state this so you will understand the depth of trust and faith I have in Robin. You should also know I employed her with full understanding of her pending legal issues. I also checked on her background and was and always have been fully satisfied with her character and performance.

In her role within my businesses she is the single and most critical person I have working for me. She alone keeps us solvent and financially organized. I have had many others in her existing role and none have ever been able to keep the staff happy and the business in order to the degree she has. Just within this firm she is contributing to the overall employment of approximately thirty five (35) families not to mention the good those people collectively give back to Hawaii.

My inability to access her contributions would severely impact both my financial base and my abilities to preserve the jobs and services we currently offer to the community within Hawaii. Our work now includes a new medical Traumas facility at Tripler Army Hospital, a communications tower for the US Coast Guard, a new State Hospital Wing and numerous projects for the State and University systems (UH & HPU) here. This business also provides ongoing support to the Police, Fire and Educational systems within Hawaii and I need Robin to assist us in our combined efforts to continue these supportive roles.

In addition to all else, I personally know Robin and many of her extended friends and family. She is not a bad person and I feel terrible that she has through love of people and respect for family, become involved in matters that I don't believe she fully understands. I believe I heard you have two daughters yourself. That being true, I know you understand the maternal feelings between father and daughter and the unquestioning trust that flows within those heartbeats.

The bottom line is that Robin is a valued member of this firm and of the State of Hawaii. She also contributes substantially to both the Ohana spirit and her community though a variety of means. I think I could bring you dozens of people that would tell you the same thing. Robin is one of those caring and loving people who take on every chore to help people.

I think I once saw a quote by you that in essence said "there is no room in the court house for emotions that interfere with the interpretation of the law". I agree – the judicial system is the pillar on which our freedoms are based. We have paid a dear price for that freedom and I do not want it splattered with disrespect.

Whatever the courts findings – I can support those, but what I am asking here, is that you temper your conclusions so that we might continue in the vein of allowing Robin to contribute to the good of the community.

Within that, I personally am offering to become involved in any and/or all restitution, probationary – work furlough and community service processes available. Further, I will personally guarantee and/or compensate anyone who was a victim and take an active role in the compliance of your decisions. This offer is not intended to "purchase" leniency but is based on the simple premise that contributions to our society are more valuable than the expenditure of taxes to punish. I would much prefer my fellow citizen's work towards the good of all members of our society than to be incarcerated for past actions.

Simply put this lady is of great value and can effectively and honestly contribute to the positive side of Hawaii. I am asking for your understanding in allowing me to take an active role in monitoring that and in putting a good person to an even better use for the benefit of all.

I am available at your convenience and would welcome the opportunity to answer your questions or to furnish more information.


Sincerely,


Gerald N. Whitehead
Chairman

# TOWER ENGINEERING HAWAII, LTD

677 Ala Moana Blvd, Suite 308, Honolulu, HI 96813
Ph (808) 538-0567   Fax (808) 538-0579  Cell: (808) 228-3200
E-Mail: ekim@towerhawaii.com

The Honorable Judge David Ezra              10/9/2007
Federal Courthouse
Honolulu, Hawaii

Subj: Character Reference for Ms. Robin Sabatini

Your Honor,

I am currently a VP of Business Development, former consultant for a Hawaii developer, former U.S. Postal Service supervisor, former stockbroker and former U.S. Air Force pilot & intelligence officer. I am on the Board of Directors for the Hawaii Korean Chamber of Commerce, member of the International Council of Shopping Centers and member of the Veteran of Foreign Wars. I am a product of the University of Hawaii ROTC program and consider myself part of the "Hawaii Kamaaina Come Home Program".

My intention for this letter is to vouch as a character reference for Ms. Robin Sabatini. I have known Robin for about a year and in this short time have come to know her very well. I know deep down that she is a genuinely good person and that she possesses the highest standards in her profession as CFO of her firm. My dealings with Robin have always been cordial and professional and I have the utmost confidence and respect in her.

While I cannot possibly know all the details or polemics involved with Robin's court case, I can only say that sometimes the love of family supersedes or clouds logical reasoning. In these cases there must be a point where the court must say that the individual has suffered enough both mentally and physically. Years of mental anguish is torture in itself. There is no more to gain by beating a dead horse! The judicial system is about enforcement of the rules but it is also about fairness and taking into account the track record of good citizens that have learned their lessons well and are ready to contribute back positive energy to the good of society.

The bottom line is that I trust and support Ms. Robin Sabatini wholeheartedly and ask that you show the maximum leniency allowed by law in your final decision for this wonderful and loving person of Hawaii, the land of aloha.

Respectfully Yours,

Eric A. Kim
VP/Business Development
Tower Engineering Hawaii, Ltd

October 10, 2007

The Honorable Judge David Ezra
Federal Courthouse
Honolulu, Hawaii


Reference: Ms. Robin H.R. Sabatini


Your Honor:

I am citizen of the State of Hawaii and for twenty years have worked for the State of Hawaii within facility engineering of Hawaii Health Systems Corporation (HHSC) Kauai Region with the last 8 years being the Regional Facility Director. In my position one of my responsibilities was to manage, coordinate, and oversee the budget/payment of contracted consultants for design/construction projects. I respectfully submit this letter to you for your consideration in regards to the upcoming sentencing of Ms. Robin Sabatini. I hope this letter will help portray a person of character, professionalism and honesty.

TOWER ENGINEERING HAWAII is an architectural and engineering firm that was procured by HHSC for design and construction administration services for multiple projects. Ms. Sabatini as the Chief Financial Officer of TOWER ENGINEERING HAWAII was the Point of Contact for the contract. As the contract administrator for TOWER ENGINEERING HAWAII she reviewed/resolved contractual obligations and submitted invoices for services that were performed by TOWER ENGINEERING HAWAII. During this contracted period Ms. Sabatini showed extreme professionalism in moving quickly to resolve issues and making changes as needed. Ms Sabatini also in her review of the contract and budgets of the projects alerted me of things that would negatively impact the project/HHSC. Her willingness to always project a positive nature, to do it correctly and work to accomplish a win-win situation for all parties have gained my respect immensely especially in light of all the issues with other state projects that have been reported in the newspaper. In speaking to my colleagues about Ms. Sabatini they acknowledge that she continues today to perform with the same professionalism and character.

I ask that in your sentencing of Ms Sabatini you consider the good she has done for both TOWER ENGINEERING HAWAII and HHSC while the contract was in effect and that she continues today to do the same as the CFO of TOWER ENGINEERING HAWAII. I ask you to allow Robin to continue to contribute to the good of the community as her past does not reflect any wrong doings except for what she will be sentenced for. She has no criminal records prior to this indictment and none since the guilty verdict. I truly believe having Ms. Sabatini serve a jail sentence does not contribute anything to the community in which we all live in the State of Hawaii.

Your Honor: It is my opinion that this lady is of great value and can effectively and honestly contribute to the positive side of Hawaii. I am asking for your understanding when making your decision for sentencing in allowing Ms. Sabatini to serve her community by not imposing a jail sentence.

Sincerely,

*Herman Chong*

Herman Chong



Academic Capital Group, Inc.

The Honorable Judge David Ezra  
Federal Courthouse  
Honolulu, Hawaii

October 11, 2007

Reference: Ms. Robin H.R. Sabatini

Your Honor David Ezra:

I am a business man and Hawaii resident for over 35 years. In that time we have all seen a lot of corruption in our governmental and Union officials, and punishment has been almost nonexistent or lax. In my opinion Robin Sabatini does not fit in that group at all, yet you are looking at punishing her severely. Having known Robin for a long time, I know that is not her character and I believe there has been some injustice done here. Is Robin loyal, yes? Is she devious or self serving, no? I personally blame her father for not stepping up and telling the truth, and letting his own daughter flail in the wind.

I personally know Robin her family, and a great many of her co-workers. She does not have a bad bone in her body, and if she had any idea of what her father was doing, it was only a glimmer of thought, and out of respect for family, became involved in matters that I don't believe she fully understands. This type of protective and defensive feeling runs deep in local families. If you punish her, you need to punish all those families who know their children are involved in crystal meth and do nothing as their children commit crimes both violent and non-violent

The bottom line is that Robin is a valued member of this community and the State of Hawaii. She also contributes substantially to her community though a variety of means. A great number of people will tell you the same thing. Robin is one of those caring and loving people who would do anything to help people.

I cannot bring myself to see Robin guilty of any of the charges brought against her and I'm hoping her appeal will reverse those charges and her father will step forward. I hope you can see your way clear to really see what has happened here, and judge her accordingly. Should you or a member of your staff wish to contact me, I can be reached at 808-734-8594.

Sincerely,

Thomas J. Halvorsen  
Academic Capital Group, Inc  
Director – Western Region

Honolulu Office – 4646 Kahala Avenue, Hon, HI 96816 / Chicago Office – 40 North Wells, Suite 500, Chicago, IL 60606-3410  
Honolulu – PH: 808-734-8594. Fax: 808-734-8753 / Chicago – PH: 800-513-0013 , Fax: 312-706-1730

October 13, 2007

The Honorable Judge David Ezra
Federal Courthouse
Honolulu Hawaii

Re: Ms. Robin H.R. Sabatini


Your Honor,

I joined Tower Design Group as the operations manager in May of 2005. Over the next two years I had the opportunity to work closely with Ms. Robin Sabatini. As the Tower Third Party Review division was just getting started we were entrusted with various elements of business development. This required mutual cooperation and coordination on both our parts. Robin was always a pleasure to work with. Her accommodating and nonabrasive style helped our relationship grow beyond the confines of the office. Before I new it, I was spending time with Robin and her family - sharing drinks after a frustrating day at the office or enjoying a leisurely barbeque on the weekend. Because of her kindness and thoughtfulness, I was welcomed into her inner circle and treated as a family member. As a transplant from New York City, this was a very touching and heartfelt gesture.

I am, however, no longer with the company. I recently decided to pursue my original aspirations and have returned to the east coast to continue my education. For me, the decision to leave was an extremely difficult one. The support network and team oriented environment was hard to leave behind; we were not dispensable employees that merely performed the delegated tasks, but essential members of a household. Again, Robin's caring nature was instrumental in fostering the group-oriented atmosphere. For example, I have witnessed Robin offer professional and personal guidance to one of the inexperienced staff members on more than one occasion. Most organizations take the sink or swim approach, but Robin took it upon herself to educate the young employee. Her exemplary example and nurturing methodology has lead to a confident and self-reliant member.

I strongly believe that removing an individual such as Robin Sabatini will undermine the community that the judicial system is trying to protect. The qualities that define Robin Sabatini are truly a rarity these days and we should be doing everything to encourage and protect her compassionate and selfless ways for the benefit of society. Her infectious smile and upbeat outlook will be better served amongst the people of Honolulu.

Regards,

Ryota Kashiwazaki

October 10, 2007

The Honorable Judge David Ezra
Federal Courthouse
Honolulu, Hawaii

Reference: Ms. Robin Sabatini

Your Honor,

I consider it a personal privilege that Robin Sabatini asked me to write a letter to you regarding my observations and thoughts about her character in the time since her initial conviction.

I believe that I am in a unique position to provide you with information of Robin over the past year. I did not know Robin at the time of the trial or through a portion of the appeal process. I have only lived in Hawaii since June 2005 and met Robin in September of 2006. Prior to her disclosure to me (November 2006) of her federal conviction I had no knowledge of the case or the resulting outcome. I can only describe the Robin that I have known and worked with for the past year.

Robin and I met when I was working as a Business Consultant for the Honolulu Minority Business Development Center through the University of Hawaii, College of Business. I was asked to come and assist the company she works for, Tower Engineering Hawaii, with the reorganization of its business structure, future budget projections, and human resource work. At the time of our meeting and working together she would have had no need to disclose to me her current situation. However, because of her position as CFO and my employment with a public organization, she thought it imperative that she disclose to me her situation so that I could decide for myself whether or not I wanted to continue to consult for the company. This voluntary acknowledgement, showed her character, integrity, and values. As a former public servant, working with people of personal integrity matters to me and Robin is just that individual.

After her disclosure I researched the case through newspaper articles. I concluded that although she was convicted of a felony, the person that I was working with was not someone that I would have associated being involved in questionable actions. Her character and qualities were not unlike or dissimilar to any of my other business clients. She had showed me trust, honesty, and her overall work ethic and dedication was superior. At the end of my consulting assignment I was asked to work for the company fulltime. I now have the privilege to be working side by side with Robin at Tower Engineering Hawaii. During this past year, I have always found Robin to be an individual of caring and careful concern to make certain that things are done according to proper procedure.

Through the time I have spent living in Hawaii, I have come to know that taking care and giving back are values that the community holds dear. Please allow Robin the ability to give back in a meaningful way. As a now local resident, I would respectfully ask the court that you consider her work and behavior since the time of her conviction as you determine what her final sentence will be. For Robin to spend years in jail would only be a waste of a caring, intelligent woman's abilities. Wouldn't her time be much better spent working on the needs of the local community or a local government entity? She does not pose any threat to the community and her actions have given no indication that incarceration would be necessary.

She has diligently and cooperatively worked with all the provisions and requirements of her bond, which between the time of her conviction and today has been a number of years. Please give consideration to her faithful attention to these bond requirements; it is a true sign of respect for the court.

Also as a colleague of Robin's at work, please let her continue to be in the community working for the company that she has so diligently and faithfully worked to develop and grow. I would request that you consider allowing her to continue to work for Tower Engineering Hawaii while spending additional hours in community service. Having the ability to continue working would allow for a quicker rate of repayment on her restitution.

Should you be unable to completely take away Robin's prison term, I would simply ask that you consider a reduction of the current sentence based on all the information listed above. I know that you have an obligation to uphold justice, but justice can be served in many ways. I care deeply for Robin. She is someone that I trust and she exhibits nothing but exemplary qualities of character. I pray and hope that you take my comments and thoughts into consideration as you determine Robin's final sentence.

Thank you for your consideration and I would be more than happy to provide you with any clarification needed or answer any further questions that you might have.

Very Respectfully,


Cathy Southwick
520 Lunalilo Home Rd. #8120
Honolulu, HI 96825
808.396.7850