ORIGINAL

PAUL J. CUNNEY
A Law Corporation
220 South King Street, Suite 1220
Honolulu, Hawaii 96813
Telephone No. 523-0077

PAUL J. CUNNEY, #3145
VICTOR J. BAKKE, #5749
DAN C. OYASATO, #4834
DEAN C.M. HOE, #7771

Attorneys for Defendant
ROBIN HAUNANI RODRIGUES SABATINI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>ROBIN HAUNANI<br>RODRIGUES SABATINI,<br><br>Defendant. | CR. NO. 01-00078DAE-02<br><br>**ATTORNEY PAUL J. CUNNEY'S LETTER IN SUPPORT OF THE RESENTENCING OF ROBIN HAUNANI RODRIGUES SABATINI; CERTIFICATE OF SERVICE** |

**ATTORNEY PAUL J. CUNNEY'S LETTER IN SUPPORT OF THE
RESENTENCING OF ROBIN HAUNANI RODRIGUES SABATINI**

Dear Judge Ezra,

I am writing to you not only as Robin Sabatini's attorney, but also as

her personal friend and part-time employer. She has been our accountant

1

since early 2003 and I consider her a trustworthy and a very professional Certified Public Accountant. Her contribution to our offices has been immense. I have been blessed with a busy practice but our success depends on our team. Robin is part of team Cunney and her hard work in handling the billing, the accounts payable and receivable, have allowed us to concentrate on our caseload. I feel totally secure with Robin handling the law firm's finances.

Your Honor, I am sad as I write this letter. I feel that in many ways Robin is also a victim in this case. Back on June 09, 1992, her father, Gary Rodrigues, in his capacity as the head of the UPW, devised this 1% "consultant fee" with Hawaii Dental Service (HDS). Robin had absolutely no knowledge or participation in the creation of this scheme. In fact, Robin was living and working on Kauai as an accountant, making over $50,000 per year and caring for her grandparents.

In October 1992, Gary Rodrigues initially used this 1% consultant fee to pay off his girlfriend's stepfather, who had installed a lawn sprinkler system in Oregon. Once the $14,000 debt was paid, Mr. Rodrigues, on 03/14/94, instructed HDS to hold the consultant fee and he would name a "new" consultant. In July 1995, after a year and a half, HDS and its auditors

questioned Mr. Rodrigues as to the large amount of monies being held on their books as a "consultant fee".

Fearing being exposed to his own union, the UPW, which had no knowledge of any 1% consultant fee with HDS, Mr. Rodrigues instructed his own daughter to set up a corporation, Fourwinds R.S.K., and, he directed HDS to make payments to Robin, and informed them that she would be his "new consultant".

Back in the day, Gary Rodrigues was one of Hawaii's most powerful and influential leaders. Common sense dictates that his daughter Robin Sabatini was influenced by her father when she incorporated Fourwinds R.S.K. and when he instructed her to accept the consultant fee from HDS. Certainly, Robin didn't do this on her own! Everything was being controlled by her father.

As the Court is aware, Robin Sabatini did not testify in her own defense. If she had been allowed to testify by the defense team, she would have told this Court that she did have concerns, and did, in fact, question her own father about being paid for little or no work. Her father assured her that it was all legal, and, in addition, her father told her he would never do anything to get her in trouble.

Your Honor, I realize that Robin did benefit financially by her father's actions, but, if she had known that this consulting position was illegal and criminal, she would have said "no thanks dad". Sadly, she relied on her father, who was not even honest with his own child.

Pursuant to 18 USC §3553, the Court shall impose a sentence sufficient but not greater then necessary. In reflecting on the circumstances of the offense, this kickback scheme was the creation of defendant Gary Rodrigues and was initiated in 1992. Defendant Sabatini wasn't introduced into this tangled web until 1996 and, only as an afterthought, when HDS and its auditors questioned defendant Rodrigues about the monies that had accumulated on their books as consultant fees. Robin was chosen to be the "new" consultant to take the heat off her father and, as his daughter, he knew she would obey his instructions.

Between 09/09/03 and 10/14/03, Robin Sabatini underwent physiological testing with Chalsa Loo, Ph.D. Per the psychological evaluation report dated 11/19/03, Dr. Loo indicated that defendant Sabatini "possessed unquestioning trust and almost childlike devotion to her father, placing him on a pedestal resulting in difficulty reconciling her devotion to her father with her current legal problem". (See Robin Sabatini's pre-sentence report, item No. 104, Mental and Emotional Health).

As far as her character, defendant Robin Sabatini had no criminal record prior to 2003, and has not violated the terms of her release with Pre-Trial Services in the 6 years that this case has been pending. Educationally, Robin has a bachelor's degree from the University of Phoenix with a major in accounting. In the year 2001, Robin was licensed as a Certified Public Accountant. Since February 2002, Robin has been a full-time accountant with Tower Engineering Hawaii.

Presently, there is a difference of only 14 months in the sentences of defendant Rodrigues and defendant Sabatini. Based on the facts and circumstances outlined above, a greater disparity in sentencing for these two defendants is warranted and justified. Defendant Robin Sabatini was not the mastermind who concocted this backroom deal with HDS. Robin was a conduit in carrying out the scheme created by her father.

Robin didn't seek out nor did she need this consultant position created by her father. She reluctantly gave up everything she had earned on Kauai to "make her dad happy". After all, her father told her that "everything is ok".

Back in 2001, when this case was charged, Robin, 36, a licensed CPA, was happily married to Anthony Sabatini, a Honolulu fire fighter. Robin was a young woman hoping to have a family. Now, her life is in shambles.

5

She was victimized by her father's greed and dishonesty. In addition to facing a jail sentence, Robin was stripped of her CPA license when she was convicted in 2003. This is the equivalent of an attorney being disbarred.

Judge Ezra, I implore you to show compassion for this wonderful, young woman, who was duped and betrayed by her own father. I realize that Defendant Robin Sabatini must serve a period of incarceration, but I hope and pray that this Court will drastically reduce the amount of jail time that she must serve.

On behalf of Robin Sabatini, I thank you for your consideration of this matter.

Respectfully Submitted,

*[signature]* FOR:

Paul J. Cunney

cc:   Florence T. Nakakuni, Assistant U.S. Attorney
      Ellie Asasaki, Senior U.S. Probation Officer
      Julie Wall, Pretrial Services
      Doron Weinberg, Esq.
      Lawrence I. Kawasaki, Esq.
      Steven L. Lane, U.S. Department of Justice
      Dennis P. Riordan, Esq.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO: 01-00078DAE-02 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ROBIN HAUNANI RODRIGUES SABATINI, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Motion to Continue Sentencing date and Notice of Motion was mailed via U.S. Mail to the following on October 15, 2007.

FLORENCE T. NAKAKUNI,
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, HI 96850

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

ELLIE ASASAKI
Senior U.S. Probation Officer
U.S. Probation Office
300 Ala Moana Blvd., Ste. C110
Honolulu, HI 96850

7

JULIE WALL, Pretrial Services
300 Ala Moana Blvd., Ste. 7-222
Honolulu, HI 96850

DORON WIENBERG
DENNIS P. RIORDAN
WEINBERG & WILDER
523 Octavia Street
San Francisco, CA 94102

Attorney for Defendant
GARY W. RODRIGUES

LAWRENCE I. KAWASAKI
A Law Corporation
820 Mililani Street; Ste. 714
Honolulu, Hawaii 96813

STEVEN L. LANE
U.S. DEPARTMENT OF JUSTICE
Civil Division/ Appellant Staff
950 Pennsylvania Ave., NW
Washington, DC 20530


DATED: Honolulu, Hawaii, October 15, 2007.

_____
VICTOR J. BAKKE, ESQ.