# ORIGINAL

PAUL J. CUNNEY
A Law Corporation
220 South King Street, Suite 1220
Honolulu, Hawaii 96813
Telephone No. 523-0077

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 28 2007

**LODGED** at __2__o'clock and __06__min. __P__.M.
SUE BEITIA, CLERK

PAUL J. CUNNEY, #3145
VICTOR J. BAKKE, #5749

NOV 27 2007
1:35 P __
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

Attorneys for Defendant
ROBIN HAUNANI RODRIGUES SABATINI

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>vs. )<br><br>ROBIN HAUNANI<br>RODRIGUES SABATINI, )<br><br>Defendant. ) | CR. NO. 01-00078DAE-02<br><br>**STIPULATION TO MODIFY TERMS AND CONDITIONS OF RELEASE** |

## STIPULATION TO
## MODIFY TERMS AND CONDITIONS OF RELEASE

COMES NOW, Defendant ROBIN HAUNANI RODRIGUES

SABATINI, by and through her attorneys and the undersigned parties

hereby stipulate that ROBIN HAUNANI RODRIGUES SABATINI is allowed

to travel from Hawaii to California from December 26, 2007 to

January 7, 2008, at which time she will surrender herself to the yet to be

determined place of custody.

Also ROBIN HAUNANI RODRIGUES SABATINI will be required to provide Pretrial Services with her detailed travel information prior to departing.

She may be reached by cell phone: # 808-781-1584.

DATED: Honolulu, Hawaii, ___DEC 1 9 2007___.

VICTOR J. BAKKE
Attorney for Defendant
ROBIN HAUNANI RODRIGUES SABATINI

APPROVED AS TO FORM AND CONTENT:

_____
HONORABLE JUDGE
Judge of the Above-Entitled Court


_____
FLORENCE NAKAKUNI
Assistant U.S. Attorney



_____
JULIE WALL
U.S. Pretrial Services Office

_____

**U.S.A. vs. ROBIN HAUNANI RODRIGUES SABATINI**; CR. NO. 01-
00078DAE-02; Amended Stipulation to Modify Terms and Conditions of
Release; Order