ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 3 2004

at ___ o'clock and ___ min. ___ M
WALTER A. Y. H. CHINN, CLERK

DORON WEINBERG    CA 46131
WEINBERG & WILDER
523 Octavia Street
San Francisco, CA  94102
Telephone:  (415) 431-3472

JOHN FRANCIS PERKIN    1673
BRANDEE J. FARIA       6970
Davies Pacific Center
Suite 2000
841 Bishop Street
Honolulu, HI  96813
Telephone:  (808) 523-2300

ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ         1412
LAWRENCE I. KAWASAKI  5820
820 Mililani Street
Suite 714
Honolulu, HI  96813
Telephone:  (808) 533-7434

Attorneys for Defendant
Gary W. Rodrigues

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>      Plaintiff,  )<br>  )<br>  vs.  )<br>  )<br>GARY W. RODRIGUES, et al,  )<br>  )<br>      Defendants.  )<br>_____)  | CR. NO. 01-00078 DAE<br><br>STIPULATION RE GARNISHMENT<br>OF FUNDS AND ORDER |

STIPULATION RE GARNISHMENT OF FUNDS

IT IS HEREBY STIPULATED AND AGREED, by and between

**EXHIBIT 1**

the parties hereto, through their respective undersigned attorneys, that the First Hawaiian Bank, as depository for pension funds for Defendant Gary W. Rodrigues, shall be instructed immediately upon receipt of this Stipulation and Order to establish two separate IRA accounts in the name of Gary W. Rodrigues and deposit the sum of $428,103.63 into one of the two accounts to be held thereafter by First Hawaiian Bank and be dispersed, with accrued interest thereupon, at such time as the Court shall order, only to the Clerk of the United States District Court and thereupon applied to the fines and restitution ordered herein.

IT IS FURTHER STIPULATED AND AGREED that any portion of the pension funds referred to above shall not be dispersed or paid to Defendant Rodrigues or anyone else without the Court's prior written direction.

IT IS FURTHER STIPULATED AND AGREED that any other pension accounts or funds in which Defendant Rodrigues' may have any interest, in excess of $428,103.63, shall not be and are not subject to garnishment by the government in this matter and may be dispersed as Mr. Rodrigues shall direct.

IT IS FURTHER STIPULATED AND AGREED that in the event Defendant Rodrigues is able to satisfy all or some portions of the fines and restitution ordered herein from other sources, equivalent amounts of the pension funds held pursuant to this Stipulation and Order may become subject to release to him as the Court may allow.

IT IS FURTHER STIPULATED AND AGREED that all funds previously garnished by the government herein shall be released and returned to Defendant Rodrigues except for the amount of $10,100 as and for special assessments which shall be deducted and paid therefrom.

DATED: Honolulu, Hawaii, ~~May~~ June ____, 2004.

23.907.22

_____
DORON WEINBERG
JOHN FRANCIS PERKIN
BRANDEE J. FARIA
ERIC A. SEITZ
LAWRENCE I. KAWASAKI

Attorneys for Defendant
Gary W. Rodrigues

_____
FLORENCE T. NAKAKUNI
Assistant U.S. Attorney

Attorney for Plaintiff
United States of America

ACCEPTED AND APPROVED:

_____
FIRST HAWAIIAN BANK

UNITED STATES OF AMERICA VS. GARY W. RODRIGUES, ET AL; CR. NO. 01-00078 DAE; STIPULATION RE GARNISHMENT OF FUNDS AND ORDER

PAGE THREE

Case 1:01-cr-00078-DAE    Document 351-2    Filed 08/25/2008    Page 4 of 5

APPROVED AND SO ORDERED:

for /s/ Susan Oki Mollway
‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎CHIEF UNITED STATES DISTRICT JUDGE
David Alan Ezra

UNITED STATES OF AMERICA VS. GARY W. RODRIGUES, ET AL; CR. NO. 01-00078 DAE; STIPULATION RE GARNISHMENT OF FUNDS AND ORDER

PAGE FOUR

-4-

```
CASE NUMBER: CR 01-78-01    USA V GARY WAYNE RODRIGUES            PAGE   1
PAYEE: TUS                  RESTITUTION CASE DATE: 10/28/03
       REST: $378,103.63    RESTITUTION:           378,103.63
       FINE: $ 50,000.00    FINE AMOUNT:            60,100.00

                                         NOTE:  SA:   $ 10,100.00

DATE     DESCRIPTION           REC/VCH FUND #      RECEIPT   DISBURSED    BALANCE
01/16/04 GARY WAYNE RODRIGUES  0402/   504100    10,100.00                    0.00
                                                   FINE BALANCE:         50,000.00
01/16/04 GARY WAYNE RODRIGUES  0402/   6855502   23,907.22
06/23/04 GARY W RODRIGUES      /02368  6855502               23,907.22
03/20/08 GARY RODRIGUES        2984/   6855502                  25.00
06/16/08 GARY RODRIGUES        39981/  6855502                  25.00
                                                 RESTITUTION BALANCE:    354,196.41
                                                 REGISTRY BALANCE:            0.00
```